813 A.2d 544

IN THE MATTER OF GLEN L. SCHEMANSKI, AN ATTORNEY
AT LAW (ATTORNEY NO. 001671979).

January 16, 2003.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–237, concluding that **GLEN L. SCHEMANSKI** of **CHERRY HILL**, who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 1.15(negli-

gent misappropriation of funds) and *Rule* 1:21–6 (recordkeeping deficiencies);

And the Disciplinary Review Board having further concluded that respondent should be required to submit to the Office of Attorney Ethics quarterly reconciliations of his attorney accounts prepared by a certified public accountant approved by the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that **GLEN L. SCHEMANSKI** is hereby reprimanded; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics quarterly reconciliations of his attorney accounts prepared by a certified public accountant approved by the Office of Attorney Ethics on a schedule to be established by that office, until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.